**Fill in this information to identify your case:**

| Debtor 1 | Brian J. Forte | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number    8:18-bk-00078
(if known)

■ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:  Summarize Your Assets**

| | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | Schedule A/B: Property (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................................................ | $        1,150,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................................................ | $         143,925.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................................................ | $        1,293,925.00 |

**Part 2:  Summarize Your Liabilities**

| | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $        2,069,540.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $          76,189.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $          50,488.28 |
| | **Your total liabilities** | $        2,196,217.28 |

**Part 3:  Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*............................................................................. | $          11,576.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*.................................................................................... | $          12,586.00 |

**Part 4:  Answer These Questions for Administrative and Statistical Records**

6.  Are you filing for bankruptcy under Chapters 7, 11, or 13?

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■  Yes

7.  What kind of debt do you have?

■  Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐  Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum         Summary of Your Assets and Liabilities and Certain Statistical Information                                    page 1 of 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                   Best Case Bankruptcy

Debtor 1   __Brian J. Forte__                                          Case number *(if known)*  __8:18-bk-00078__

8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form      $        3,326.83
     122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

     From Part 4 on *Schedule E/F,* copy the following:                                    Total claim

     9a. Domestic support obligations (Copy line 6a.)                                 $        0.00

     9b. Taxes and certain other debts you owe the government. (Copy line 6b.)         $        76,189.00

     9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)  $        0.00

     9d. Student loans. (Copy line 6f.)                                               $        0.00

     9e. Obligations arising out of a separation agreement or divorce that you did not report as
         priority claims. (Copy line 6g.)                                            $        0.00

     9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)  +$        0.00

     9g. Total. Add lines 9a through 9f.                                              $        76,189.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:

Brian J. Forte,

CASE NO.: 8:18-bk-00078-MGW
CHAPTER 11

_____Debtor(s)_____/

## AMENDED SCHEDULE E

Debtor, BRIAN J. FORTE, by and through his undersigned attorney, hereby files this Amended Schedule E to add one (1) additional priority creditor named below.

**Name of Creditor**
Cynthia Forte
c/o Edward Brennan, Esq.
505 E. Jackson St., #305
Tampa, FL 33602

**Amount of Claim**
Unknown

## VERIFICATION

I hereby declare under the penalty of perjury that I have read the foregoing Amended Schedule F and that it is true and correct to the best of my knowledge and belief.

/s/ Brian J. Forte_____
Brian J. Forte

___03/01/2118_____
DATE

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been furnished electronically upon the U.S. Trustee, Timberlake Annex, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 and by Regular U.S. Mail upon Cynthia Forte, c/o Edward Brennan, Esq., 505 E. Jackson St., #305, Tampa, FL 33602 this 5th day of March, 2018.

/s/ Joel S. Treuhaft_____
JOEL S. TREUHAFT
2997 Alternate 19, Suite B
Palm Harbor, Florida 34683
(727) 797-7799; (727) 213-6933 fax
Fla. Bar No. 516929