UNITED STATES BANKRUPTCY COURT
__Middle__ DISTRICT OF __Florida__
__Tampa__ DIVISION

IN RE: BRIAN JOSEPH FORTE  }  CASE NUMBER: 8:18-BK-00078
}
}
}  JUDGE
}
DEBTOR.  }  CHAPTER 11

---

DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
FOR THE PERIOD
FROM __5-Jan-18__ TO __31-Jan-18__

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _____

/s/ Joel S. Treuhaft
Attorney for Debtor
Joel S. Treuhaft

Debtor's Address and Phone Number:
9151 Tillinghast Dr.
Tampa, FL 33626
Tel. _____

Attorney's Address and Phone Number:
2997 Alternate 19, Suite B
Palm Harbor, FL 34683
Bar No. 516929
Tel. (727) 797-7799

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website.
http://www.usdoj.gov/ust/r21/reg_info.htm
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: BRIAN FORTE
Case Number: 8: 18-BK-00078

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 0 | 0 |
| CASH- Beginning of Month (Business) | 0 | 0 |
|  |  |  |
| Total Household Receipts | 300 | 300 |
| Total Business Receipts | 0 | 0 |
| Total Receipts | 300 | 300 |
|  |  |  |
| Total Household Disbursements | 41.46 | 41.46 |
| Total Business Disbursements | 0 | 0 |
| Total Disbursements | 41.46 | 41.46 |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 258.54 | 258.54 |
|  |  |  |
| CASH- End of Month (Individual) | 258.54 | 258.54 |
| CASH- End of Month (Business) | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 41.46 | 41.46 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 41.46 | 41.46 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This __22nd__ day of __February__ 20__18__.

_____
Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month |  | 0 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business |  | 300 |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  |  |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement |  |  |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **TOTAL RECEIPTS** |  |  |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts |  |  |
| Household Expenses/Food/Clothing |  |  |
| Household Repairs & Maintenance |  |  |
| Insurance |  |  |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments |  |  |
| Mortgage Payment(s) |  |  |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment |  | 41.46 |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) |  |  |
| Vehicle Expenses |  |  |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees |  |  |
| Professional Fees (Legal, Accounting) |  |  |
| Other (attach schedule) |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Household Disbursements** |  | 41.46 |
|  |  |  |
| CASH - End of Month (Must equal reconciled bank statement- Attachment No. 2) |  | 258.54 |

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | |
| 2. | Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY and CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD | | | |
| Account Number: | 4349183634 | | | |
| Purpose of Account (Business/Personal) | PERSONAL | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| 1. Balance per Bank Statement | 258.54 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 0 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 0 | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 258.54 | | | |
| TOTAL OF ALL ACCOUNTS | | | | 258.54 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.



**TD Bank**

America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

1947-FTD01040021018155708



BRIAN JOSEPH FORTE
DEBTOR IN POSSESSION
CASE 8:18-BK-00078-MGW
9151 TILLINGHAST DR
TAMPA FL  33626-1625

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Jan 26 2018-Feb 10 2018 |
| Cust Ref #: | 4349183634-650-T-### |
| Primary Account #: | 434-9183634 |

## TD Convenience Checking

BRIAN JOSEPH FORTE
DEBTOR IN POSSESSION
CASE 8:18-BK-00078-MGW

Account # 434-9183634

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 766.03 |
| Deposits | 3,217.54 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 64.68 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 3,152.86 | Days in Period | 16 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/26 | DEPOSIT | 300.00 |
| 02/07 | | |
| 02/07 | | |
| 02/09 | | |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/09 | | |
| 02/09 | | |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/29 | DEBIT CARD PURCHASE, *****30007932338, AUT 012618 VISA DDA PUR BP 6347462EHRLICH BP   TAMPA   * FL | 25.00 |
| 01/30 | DEBIT CARD PURCHASE, *****30007932338, AUT 012818 VISA DDA PUR BJS RESTAURANTS 467   TAMPA   * FL | 16.76 |
| 02/01 | | |
| 02/02 | | |



**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BRIAN JOSEPH FORTE
DEBTOR IN POSSESSION
CASE 8:18-BK-00078-MGW

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Jan 26 2018-Feb 10 2018 |
| Cust Ref #: | 4349183634-650-T-### |
| Primary Account #: | 434-9183634 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/26 | 0.00 | 02/01 | |
| 01/26 | 300.00 | 02/02 | |
| 01/29 | 275.00 | 02/07 | |
| 01/30 | 258.24 | 02/09 | |



**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender