# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
### www.flmb.uscourts.gov

In re:
BRIAN J. FORTE,    Case No.: 8:18-bk-00078-MGW
        Debtor.    Chapter 11
_____/

## MOTION TO DISMISS OR CONVERT CASE

Nancy J. Gargula, the United States Trustee for Region 21, through the undersigned counsel, requests that the Court enters an order dismissing the above-styled case, or in the alternative, enter an order converting the case to a case under chapter 7 pursuant to 11 U.S.C. § 1112(b), whichever the Court finds is in the best interest of creditors. Brian J. Forte ("Debtor") has not timely filed his financial reports and failed to pay his quarterly fees. In support of the motion, the United States Trustee states:

1. On January 5, 2018 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

2. Dismissal or conversion of this case is appropriate pursuant to subsections 1112(b)(4)(A), (B), (F), and (K)[1] because of Debtor's failure to timely file all of his monthly

---

[1.] Section 1112(b)(4), in relevant part, states as follows:

(b) (4) For purposes of this subsection, the term 'cause' includes –
   (A) substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation;
   (B) gross mismanagement of the estate;
   . . .
   (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter;
   . . . .
   (K) failure to pay any fees or charges required under chapter 123 of title 28[.]

11 U.S.C. § 1112(b) (2018) (*emphasis added*).

financial reports since the Petition Date, and may owe outstanding quarterly fees.

3.    In this case, the Debtor failed to file monthly operating reports for August 2019 and September 2019. The monthly financial report for October 2019 will come due November 21, 2019. Without timely filed financial reports, the United States Trustee, creditors, Court, and parties in interest are not able to review the overall financial status of the Debtor.[2]

4.    Debtor also failed to pay quarterly fees for the second and third quarters of 2019. Debtor owes quarterly fees that total $1,301.76, which includes estimates. The financial reports are needed to determine the actual amount of quarterly fees due. Nonpayment of quarterly fees constitutes cause for dismissal or conversion, and evidences a continuing loss and diminution to the estate.[3] Debtor is not performing the basic duties of a debtor-in-possession. Accordingly, immediate dismissal or conversion of this case is appropriate (whichever is in the best interest of the estate), pursuant to 11 U.S.C. § 1112(b)(4)(A), (B), (F), and (K).

WHEREFORE, the United States Trustee moves this Court to (1) dismiss or convert this case, and (2) grant such other and further relief that the Court may deem appropriate.

Dated:  November 7, 2019.

                    Respectfully submitted,

                    NANCY J. GARGULA
                    United States Trustee for Region 21

---

[2] *See In re Tucker*, 411 B.R. 530, 535 (Bankr. S. D. Ga. 2009) (Davis, J.) (quoting and citing *In re 210 West Liberty Holdings, LLC*, 2009 WL 1522047, at *7 (Bankr. N.D.W.Va. May 29, 2009)); *In re Tri-Chek Seeds, Inc.*, No. 12-11409, 2013 WL 636031, at *4-5 (Bankr. S.D. Ga. Feb. 7, 2013) (concluding that cause exists to convert case to chapter 7 where the debtor, inter alia, failed to timely file operating reports and pay quarterly fees).

[3] *See In re LG Motors, Inc.*, 422 B.R. 110, 117-118 (Bankr. N.D. Ill. 2009) (explaining that the debtor's failure to timely pay its quarterly fees constitutes further cause for dismissal).

By: */s/ Denise E. Barnett*
Denise E. Barnett, Trial Attorney
Florida Bar No. 0090610
501 East Polk Street, Suite 1200
Tampa, Florida 33602
(813)228-2000 Ext. 227
(813) 228-2303 facsimile
denise.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **United States Trustee's Motion to Dismiss or Convert Case** has been served electronically by CM/ECF transmission and/or by regular United States Mail to the parties listed below on or before the **8th** day of **November 2019:**

| | |
|---|---|
| Steven M. Fishman, Esq.<br>Steven M. Fishman, P.A.<br>2454 North McMullen Booth Road, Suite #D-607<br>Clearwater, FL 33759<br>Email: steve.fishman@verizon.net | Brian J. Forte<br>9151 Tillinghast Drive<br>Tampa, FL 33626 |

*/s/ Denise E. Barnett*
Trial Attorney

3