## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA  DIVISION

| | | | |
|---|---|---|---|
| IN RE: | } | CASE NUMBER: | 8:18-bk-00078-MGW |
|     BRIAN J. FORTE | } | | |
| | } | | |
| | } | | |
|     Debtors | } | CHAPTER 11 | |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM     October 1, 2019     TO     October 31, 2019

    Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:     04/15/19

/s/ Steven M. Fishman
Steven M. Fishman, Attorney for Debtor

Debtor's Address
7725 Still Lakes Drive
Odessa, FL  33556

Attorney's Address
and Phone Number:
Steven M. Fishman
2454 McMullen Booth Road
Suite D-607
Clearwater, FL  33759
Bar No. 0920721
Tel. No: 727-724-9044
steve@attorneystevenfishman.com

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name:Brian Forte |
|---|
| Case Number: 8:18BK-00078 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month October | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 13297.41 | 87851.51 |
| CASH- Beginning of Month (Business) | | 0 |
| Total Household Receipts | $ 26,598.80 | 164,913.51 |
| Total Business Receipts | | 0 |
| Total Receipts | $ 26,598.80 | 164,913.51 |
| Total Household Disbursements | $ 16,055.42 | 150,712.57 |
| Total Business Disbursements | | 0 |
| Total Disbursements | 16055.42 | 150713.14 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | | 0 |
| CASH- End of Month (Individual) | $ 23,840.79 | 104776.56 |
| CASH- End of Month (Business) | | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | | |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 08 day of November 2019

Debtor's Signature

Monthly Operating Report - Indivdual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month October | | Cumulative Total | |
|---|---|---|---|---|
| **CASH** - Beginning of Month | $ | 13,297.41 | $ | 63,447.70 |
| | | | | |
| **CASH RECEIPTS** | $ | 26,598.80 | $ | 164,913.51 |
| Salary or Cash from Business | | | | |
| Wages from Other Sources (attach list to this report) | | | | |
| Interest or Dividend Income | | | | |
| Alimony or Child Support | | | | |
| Social Security/Pension/Retirement | | | | |
| Sale of Household Assets (attach list to this report) | | | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | | $ | 5,000.00 |
| Other (specify) (attach list to this report) | | | $ | 1,903.22 |
| | | | | |
| **TOTAL RECEIPTS** | $ | 26,598.80 | $ | 171,816.73 |
| | | | | |
| **CASH DISBURSEMENTS** | | | | |
| Alimony or Child Support Payments | | | | |
| Charitable Contributions | | | $ | 16.00 |
| Gifts | | | | |
| Household Expenses/Food/Clothing | | 4895.66 | $ | 26,474.78 |
| Household Repairs & Maintenance | | | $ | 13,475.09 |
| Insurance | $ | 286.63 | $ | 8,840.64 |
| IRA Contribution | | | | |
| Lease/Rent Payments | $ | 1,400.00 | $ | 15,246.55 |
| Legal Expeses | | | $ | 890.00 |
| Medical/Dental Payments | | | $ | 4,085.49 |
| Mortgage Payment(s) | | | | |
| Other Secured Payments | | | $ | 783.81 |
| Taxes - Personal Property | | | | |
| Taxes - Real Estate | | | $ | 1,306.62 |
| Taxes Other (attach schedule) | | | | |
| Travel & Entertainment | | | $ | 14,202.27 |
| Tuition/Education | | 1000 | $ | 1,000.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | | $ | 11,511.87 |
| Vehicle Expenses | | | $ | 21,699.90 |
| Vehicle Secured Payment(s) | | | | |
| U. S. Trustee Quarterly Fees | | | $ | 1,300.36 |
| Professional Fees (Legal, Accounting) | | 4892.69 | $ | 13,634.36 |
| Other (attach schedule) | | | | |
| Service Fees, Bank charges | | | $ | 527.35 |
| Computer/Internet | $ | 577.44 | $ | 2,577.06 |
| Brian Forte Peersonal | | 3003 | $ | 9,946.75 |
| **Total Household Disbursements** | | | | |
| | $ | 16,055.42 | $ | 150,712.57 |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $ | 23,840.79 | | 107979.78 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month October | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month |  | 0 |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  |  |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Rental Income |  |  |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **Total Business Receipts** |  | 0 |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  |  |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  |  |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedule) |  |  |
| Contract Labor (Subcontractors) |  |  |
| Inventory Purchases |  |  |
| Secured/Lease Payments (Business) |  |  |
| Utilities (Business) |  |  |
| Insurance |  |  |
| Vehicle Expenses |  |  |
| Travel & Entertainment |  |  |
| Repairs and Maintenance |  |  |
| Supplies |  |  |
| Charitable Contributions/Gifts |  |  |
| Purchase of Fixed Assets |  |  |
| Advertising |  |  |
| Bank Charges |  |  |
| Other (attach schedule) |  |  |
|  |  |  |
| **Total Business Disbursements** |  | 0 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) |  | 0 |

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | X | |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | X | |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**BANK ACCOUNT RECONCILIATIONS**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank | TD | | | |
| Account Number | 4349388xx | | | |
| Purpose of Account (Business/Personal) | PERSONAL | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| 1.  Balance per Bank Statement | 173,840.79 | | | |
| 2.  ADD: Deposits not credited (attach list to this report) | | | | |
| 3.  SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4.  Other Reconciling Items (attach list to this report) | | | | |
| 5.  Month End Balance (Must Agree with Books) | 173,840.79 | | | |
| TOTAL OF ALL ACCOUNTS | | | | |

Note:  Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information | | | | |
|---|---|---|---|---|
| Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach a copy of each investment account statement.

| | | |
|---|---|---|
| 10/01/19 CCYT | $ | 119.00 |
| 10/06/19 2 Eleven | $ | 10.30 |
| 10/1/2019 Withdraw | $ | 703.00 |
| 10/02/19 Venmo | $ | 450.00 |
| 10/02/19 Venmo | $ | 300.00 |
| 10/03/19 Event Brave | $ | 104.13 |
| 10/03/19 Happy Liquor | $ | 32.62 |
| 10/03/19 Post hd sloppy.com | $ | 18.00 |
| 10/04/19 AN Test Pay | $ | 377.89 |
| 10/04/19 Facebook Py | $ | 370.43 |
| 10/04/19 RaceTrack | $ | 99.00 |
| 10/04/19 RaceTrack | $ | 89.83 |
| 10/04/19 Chevron | $ | 34.14 |
| 10/04/19 Chevron | $ | 15.41 |
| 10/04/19 RaceTrack | $ | 7.44 |
| 10/04/19 Burger King | $ | 6.46 |
| 10/07/19 Withdraw | $ | 400.00 |
| 10/07/19 Eventful Inc | $ | 149.97 |
| 10/07/19 Withdraw | $ | 100.00 |
| 10/07/19 Budget Rental | $ | 42.00 |
| 10/07/19 Publix | $ | 53.38 |
| 10/07/19 Marcus Rental | $ | 39.23 |
| 10/07/19 Seven Eleven | $ | 38.44 |
| 10/07/19 Uber | $ | 28.40 |
| 10/07/19 Five Below | $ | 18.43 |
| 10/07/19 Chili | $ | 15.20 |
| 10/07/19 Circle K | $ | 14.57 |
| 10/07/19 E Brothers Bagion | $ | 12.04 |
| 10/07/19 Twister Treat | $ | 10.92 |
| 10/07/19 Uber | $ | 8.58 |
| 10/07/19 WAWA | $ | 4.20 |
| 10/07/19 7 Eleven | $ | 4.30 |
| 10/07/19 7 Eleven | $ | 4.30 |
| 10/08/19 CCYT | $ | 110.00 |
| 10/08/19 U Haul Moving | $ | 177.61 |
| 10/08/19 Chili | $ | 10.14 |
| 10/09/19 Savis mini storage | $ | 299.90 |
| 10/09/19 Walmart | $ | 133.23 |
| 10/09/19 ABC See Who | $ | 92.43 |
| 10/11/19 Odesta Christian School | $ | 1,000.00 |
| 10/11/19 Withdraw | $ | 400.00 |
| 10/11/19 SSP | $ | 285.40 |
| 10/11/19 Shell Service | $ | 14.57 |
| 10/13/19 Withdraw | $ | 300.00 |
| 10/13/19 GNC | $ | 140.43 |
| 10/15/19 ULTA 1216 | $ | 119.00 |
| 10/15/19 V Tag Renew | $ | 63.83 |
| 10/15/19 Chili | $ | 47.19 |
| 10/15/19 Seaport | $ | 44.00 |
| 10/17/19 7 Eleven | $ | 39.94 |
| 10/17/19 7 Eleven | $ | 35.56 |
| 10/15/19 Clifford | $ | 27.00 |
| 10/15/19 7 Eleven | $ | 24.49 |
| 10/15/19 Uber | $ | 17.41 |
| 10/15/19 Shell Service | $ | 17.37 |
| 10/15/19 ETCLL Budget | $ | 17.03 |
| 10/15/19 7 Eleven | $ | 14.90 |
| 10/15/19 Prime Time Sports Grill | $ | 13.51 |
| 10/21/19 7 Eleven | $ | 61.19 |
| 10/21/19 Bath & Body | $ | 23.17 |
| 10/16/19 7 Eleven | $ | 33.41 |
| 10/21/19 Uber | $ | 20.10 |
| 10/21/19 Taco Bar | $ | 14.49 |
| 10/21/19 Shell Service | $ | 14.78 |
| 10/21/19 Uber | $ | 13.24 |
| 10/21/19 Chipotle | $ | 11.29 |
| 10/21/19 Boston Market | $ | 9.10 |
| 10/21/19 Marathon Petro | $ | 7.18 |
| 10/22/19 Andy Ames | $ | 6.92 |
| 10/22/19 7 Eleven | $ | 4.99 |
| 10/22/19 Withdraw | $ | 300.00 |
| 10/23/19 CCYT | $ | 110.00 |
| 10/23/19 Uber | $ | 24.00 |
| 10/23/19 CCYT | $ | 400.00 |
| 10/23/19 CCYT | $ | 110.00 |
| 10/23/19 Shooting Sports | $ | 43.42 |
| 10/23/19 Shell Service | $ | 34.34 |
| 10/23/19 Arthurys Iced Phiz | $ | 30.26 |
| 10/24/19 7 Eleven | $ | 20.41 |
| 10/23/19 Shooting Sports | $ | 17.35 |
| 10/24/19 VENMO | $ | 900.00 |
| 10/24/19 VENMO | $ | 400.00 |
| 10/24/19 VENMO | $ | 394.43 |
| 10/24/19 Progressive Ins | $ | 319.00 |
| 10/24/19 Thomps Rockwall | $ | 112.64 |
| 10/24/19 Walmart | $ | 53.13 |
| 10/24/19 Rum Store | $ | 36.69 |
| 10/24/19 Chill | $ | 23.48 |
| 10/25/19 Odesta Strange | $ | 17.21 |
| 10/25/19 7 Eleven | $ | 13.84 |
| 10/25/19 Papey's Chicken | $ | 11.47 |
| 10/25/19 Boston Market | $ | 11.47 |
| 10/28/19 Withdraw | $ | 400.00 |
| 10/28/19 Withdraw | $ | 400.00 |
| 10/28/19 Storage Haven | $ | 283.36 |
| 10/28/19 U Haul Moving Storage | $ | 165.66 |
| 10/28/19 Google Cloud | $ | 139.99 |
| 10/28/19 Wal Mart | $ | 62.49 |
| 10/28/19 Pacific Volp Service | $ | 36.64 |
| 10/28/19 Chili | $ | 53.43 |
| 10/28/19 MSPT | $ | 32.60 |
| 10/28/19 Chili | $ | 30.83 |
| 10/28/19 Uber Eats | $ | 27.46 |
| 10/28/19 Perez's Bread | $ | 23.18 |
| 10/28/19 Shell Service | $ | 20.17 |
| 10/28/19 Uber Trip | $ | 8.76 |
| 10/28/19 Uber Trip | $ | 8.30 |
| 10/28/19 Perez's Bread | $ | 3.37 |
| 10/28/19 7 Eleven | $ | 3.41 |
| 10/29/19 Chilis | $ | 39.34 |
| 10/29/19 Walmart | $ | 33.40 |
| 10/30/19 VENMO | $ | 700.00 |
| 10/30/19 VENMO | $ | 300.00 |
| 10/30/19 7 Eleven | $ | 40.42 |
| 10/30/19 ZG Zillow Rentals | $ | 29.00 |
| 10/30/19 7 Eleven | $ | 17.73 |
| 10/31/19 Circle K | $ | 13.00 |
| 10/31/19 Rent | $ | 1,400.00 |
| | $ | 14,826.42 |

| | | |
|---|---|---|
| CASH - Beginning of Month | $ | 13,287.41 |
| CASH RECEIPTS | $ | 36,395.80 |
| Total | $ | 39,890.21 |
| CASH DISBURSEMENTS | $ | 14,826.42 |
| Bank Balance as of 10/31/2019 | $ | 23,940.79 |

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 3B**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3C**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| | |
|---|---|
| Name of Bank | |
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT -
INDIVIDUAL**                                                               **ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| **Accounts Payable Beginning Balance*** | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| **Accounts Payable Ending Balance** | | | |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\**Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*** List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | DEBIT CARD PURCHASE, *****30054710009, AUT 092719 VISA DDA PUR<br>NEXTIVA VOIP SERVICE    800 9834289  * AZ | 37.74 |
| 09/30 | DEBIT POS, *****30054710009, AUT 092819 DDA PURCHASE<br>7 ELEVEN          TAMPA      * FL | 16.95 |
| 09/30 | DEBIT CARD PURCHASE, *****30054710009, AUT 092819 VISA DDA PUR<br>BURGER KING 2972    CLEARWATER  * FL | 10.90 |
| 09/30 | DEBIT POS, *****30054710009, AUT 093019 DDA PURCHASE<br>SHELL SERVICE S      TAMPA    * FL | 6.67 |
| 09/30 | DEBIT POS, *****30054710009, AUT 092919 DDA PURCHASE<br>7 ELEVEN          TAMPA      * FL | 3.79 |
| 10/01 | DEBIT CARD PURCHASE, *****30054710009, AUT 093019 VISA DDA PUR<br>CCST            TAMPA      * FL | 110.00 |
| 10/01 | DEBIT POS, *****30054710009, AUT 100119 DDA PURCHASE<br>7 ELEVEN          TAMPA      * FL | 10.50 |
| 10/02 | NONTD ATM DEBIT, *****30054710009, AUT 100219 DDA WITHDRAW<br>20880 BISCAYNE BLVD      AVENTURA    * FL | 703.00 |
| 10/03 | DEBIT CARD PURCHASE, *****30054710009, AUT 100319 VISA DDA PUR<br>VENMO            VISA DIRECT  * NY | 450.00 |
| 10/03 | DEBIT CARD PURCHASE, *****30054710009, AUT 100319 VISA DDA PUR<br>VENMO            VISA DIRECT  * NY | 300.00 |
| 10/03 | DEBIT CARD PURCHASE, *****30054710009, AUT 100219 VISA DDA PUR<br>EVENTSCORE        9414170668  * FL | 104.25 |
| 10/03 | DEBIT POS, *****30054710009, AUT 100319 DDA PURCHASE<br>HAPPY LIQUOR        POMPANO BEACH * FL | 32.62 |
| 10/03 | DEBIT CARD PAYMENT, *****30054710009, AUT 100219 VISA DDA PUR<br>POSTMARKAPP COM      POSTMARKAPP C * PA | 10.00 |
| 10/04 | DEBIT CARD PAYMENT, *****30054710009, AUT 100319 VISA DDA PUR<br>AT T TEXT2PAY      WWW ATT COM  * GA | 577.99 |
| 10/04 | DEBIT CARD PAYMENT, *****30054710009, AUT 100319 VISA DDA PUR<br>FACEBK PYZUGNN3V2    FB ME ADS  * CA | 370.45 |
| 10/04 | DEBIT POS, *****30054710009, AUT 100419 DDA PURCHASE<br>RACETRAC631        RUSKIN    * FL | 99.00 |
| 10/04 | DEBIT POS, *****30054710009, AUT 100419 DDA PURCHASE<br>RACETRAC631        RUSKIN    * FL | 89.05 |
| 10/04 | DEBIT POS, *****30054710009, AUT 100419 DDA PURCHASE<br>CHEVRON SAHARA AUTO SPO    CORAL SPRINGS * FL | 34.16 |
| 10/04 | DEBIT POS, *****30054710009, AUT 100419 DDA PURCHASE<br>CHEVRON SAHARA AUTO SPO    CORAL SPRINGS * FL | 15.41 |
| 10/04 | DEBIT POS, *****30054710009, AUT 100419 DDA PURCHASE<br>RACETRAC631        RUSKIN    * FL | 7.68 |
| 10/04 | DEBIT CARD PURCHASE, *****30054710009, AUT 100319 VISA DDA PUR<br>BURGER KING 3423      NORTH MIAMI B * FL | 6.49 |
| 10/07 | TD ATM DEBIT, *****30054710009, AUT 100519 DDA WITHDRAW<br>15151 N DALE MABRY HWY    TAMPA      * FL | 600.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT





**Statements**

| | | |
|---|---|---|
| 10/04 | DEBIT CARD PURCHASE, *****30054710009, AUT 100319 VISA DDA PUR<br>BURGER KING 3423      NORTH MIAMI B * FL | 6.49 |
| 10/07 | TD ATM DEBIT, *****30054710009, AUT 100519 DDA WITHDRAW<br>15151 N DALE MABRY HWY    TAMPA      * FL | 600.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Yahoo Mail - Fwd: Oct statements 5-8 of 8



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

BRIAN JOSEPH FORTE
DIP CASE 18-00078 MFLT

| | |
|---|---|
| Page: | 7 of 8 |
| Statement Period: | Sep 11 2019-Oct 10 2019 |
| Cust Ref #: | 4349183634-039-T-### |
| Primary Account #: | 434-9183634 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | DEBIT CARD PURCHASE, *****30054710009, AUT 100319 VISA DDA PUR<br>EVENTFUL INC        212 856 8006 * TN | 149.97 |
| 10/07 | TD ATM DEBIT, *****30054710009, AUT 100519 DDA WITHDRAW<br>13178 N DALE MABRY HWY    TAMPA      * FL | 100.00 |
| 10/07 | DEBIT CARD PURCHASE, *****30054710009, AUT 100419 VISA DDA PUR<br>BUDGET RENT A CAR    CORAL SPRINGS * FL | 62.08 |
| 10/07 | DEBIT POS, *****30054710009, AUT 100519 DDA PURCHASE<br>PUBLIX        TAMPA      * FL | 55.58 |
| 10/07 | DEBIT CARD PURCHASE, *****30054710009, AUT 100519 VISA DDA PUR<br>VALLARTAS MEXICAN RSTRNT   TAMPA      * FL | 39.23 |
| 10/07 | DEBIT POS, *****30054710009, AUT 100719 DDA PURCHASE<br>7 ELEVEN      TAMPA      * FL | 38.44 |
| 10/07 | DEBIT CARD PURCHASE, *****30054710009, AUT 100519 VISA DDA PUR<br>UBER   TRIP        HELP UBER COM * CA | 20.40 |
| 10/07 | DEBIT POS, *****30054710009, AUT 100519 DDA PURCHASE<br>FIVE BELO 15003 N DALE    TAMPA      * FL | 18.43 |
| 10/07 | DEBIT CARD PURCHASE, *****30054710009, AUT 100419 VISA DDA PUR<br>CHILI S SUNCOAST CRSSNGS   ODESSA      * FL | 15.20 |
| 10/07 | DEBIT POS, *****30054710009, AUT 100619 DDA PURCHASE<br>CIRCLE K  07062 4804    TAMPA      * FL | 14.57 |
| 10/07 | DEBIT CARD PURCHASE, *****30054710009, AUT 100419 VISA DDA PUR<br>EINSTEIN BROS BAGELS3669   CORAL SPRINGS * FL | 12.04 |
| 10/07 | DEBIT CARD PURCHASE, *****30054710009, AUT 100519 VISA DDA PUR<br>TWISTEE TREAT FLETCHER    TAMPA      * FL | 10.92 |
| 10/07 | DEBIT CARD PURCHASE, *****30054710009, AUT 100519 VISA DDA PUR<br>UBER   TRIP        HELP UBER COM * CA | 8.58 |
| 10/07 | DEBIT POS, *****30054710009, AUT 100719 DDA PURCHASE<br>WAWA 5196        TAMPA      * FL | 6.20 |
| 10/07 | DEBIT POS, *****30054710009, AUT 100619 DDA PURCHASE<br>7 ELEVEN      TAMPA      * FL | 4.30 |
| 10/07 | DEBIT POS, *****30054710009, AUT 100719 DDA PURCHASE<br>7 ELEVEN      TAMPA      * FL | 4.30 |
| 10/08 | DEBIT CARD PAYMENT, *****30054710009, AUT 100519 VISA DDA PUR<br>U HAUL MOVING  STORAGE   800 528 0463 * FL | 175.61 |
| 10/08 | DEBIT CARD PURCHASE, *****30054710009, AUT 100719 VISA DDA PUR<br>CCST        TAMPA      * FL | 110.00 |
| 10/08 | DEBIT CARD PURCHASE, *****30054710009, AUT 100719 VISA DDA PUR<br>CHILI S DALE MABRY    TAMPA      * FL | 10.14 |
| 10/09 | DEBIT CARD PURCHASE, *****30054710009, AUT 100819 VISA DDA PUR<br>SANTA MONICAMINISTORAGE   310 4501515  * CA | 290.80 |
| 10/09 | DEBIT POS, *****30054710009, AUT 100919 DDA PURCHASE<br>WAL MART STORE      TAMPA NORTH * FL | 135.25 |
| 10/09 | DEBIT POS, *****30054710009, AUT 100919 DDA PURCHASE<br>ABC FINE WINE SP 14729 N   TAMPA      * FL | 82.43 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

| Date | Description | Amount |
|---|---|---|
| 10/08 | DEBIT CARD PAYMENT, *****30054710009, AUT 100519 VISA DDA PUR U HAUL MOVING STORAGE  800 528 0463 * FL | 175.61 |
| 10/08 | DEBIT CARD PURCHASE, *****30054710009, AUT 100719 VISA DDA PUR CCST         TAMPA      * FL | 110.00 |
| 10/08 | DEBIT CARD PURCHASE, *****30054710009, AUT 100719 VISA DDA PUR CHILI S DALE MABRY    TAMPA    * FL | 10.14 |
| 10/09 | DEBIT CARD PURCHASE, *****30054710009, AUT 100819 VISA DDA PUR SANTA MONICAMINISTORAGE   310 4501515  * CA | 290.80 |
| 10/09 | DEBIT POS, *****30054710009, AUT 100919 DDA PURCHASE WAL MART STORE        TAMPA NORTH * FL | 135.25 |
| 10/09 | DEBIT POS, *****30054710009, AUT 100919 DDA PURCHASE ABC FINE WINE SP 14729 N   TAMPA      * FL | 82.43 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

---


## TD Bank
America's Most Convenient Bank®

BRIAN JOSEPH FORTE
DIP CASE 18-00078 MFLT

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Page: | 8 of 8 |
| Statement Period: | Sep 11 2019-Oct 10 2019 |
| Cust Ref #: | 4349183634-039-T-### |
| Primary Account #: | 434-9183634 |

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/09 | DEBIT POS, *****30054710009, AUT 100919 DDA PURCHASE 7 ELEVEN        TAMPA       * FL | 38.44 |
| 10/10 | DEBIT CARD PURCHASE, *****30054710009, AUT 101019 VISA DDA PUR VENMO         VISA DIRECT * NY | 450.00 |
| 10/10 | DEBIT CARD PURCHASE, *****30054710009, AUT 101019 VISA DDA PUR VENMO         VISA DIRECT * NY | 350.00 |
| 10/10 | DEBIT CARD PURCHASE, *****30054710009, AUT 100919 VISA DDA PUR NATL GEN INS NPS4E     800 462 2123 * NY | 245.96 |
| 10/10 | DEBIT POS, *****30054710009, AUT 101019 DDA PURCHASE SHELL SERVICE S       TAMPA      * FL | 17.95 |
| 10/10 | DEBIT POS, *****30054710009, AUT 100919 DDA PURCHASE NICK S CITGO 30     TAMPA     * FL | 8.55 |
| | Subtotal: | 12,661.62 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/24 | OVERDRAFT RET | 35.00 |
| 09/26 | DEBIT | 700.00 |
| 09/30 | DEBIT | 110.00 |
| 10/10 | DEBIT | 1,100.00 |
| | Subtotal: | 1,945.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/10 | 4,098.74 | 09/26 | 1,083.75 |
| 09/11 | 5,524.84 | 09/27 | 644.01 |
| 09/12 | 5,481.86 | 09/30 | 121.46 |
| 09/13 | 2,902.70 | 10/01 | 0.96 |
| 09/16 | 1,217.17 | 10/02 | 5,166.47 |
| 09/17 | 552.17 | 10/03 | 4,269.60 |
| 09/18 | 2,579.67 | 10/04 | 3,206.17 |
| 09/19 | 1,589.36 | 10/07 | 2,045.93 |
| 09/20 | 831.82 | 10/08 | 1,750.18 |
| 09/23 | -324.09 | 10/09 | 2,927.57 |
| 09/24 | 8.41 | 10/10 | 5,330.12 |
| 09/25 | 2,081.93 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## TD Bank
**America's Most Convenient Bank®**

7    **STATEMENT OF ACCOUNT**

BRIAN JOSEPH FORTE
DIP CASE 18-00078 MFLT
9151 TILLINGHAST DR
TAMPA FL 33626-1625

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Oct 11 2019-Nov 10 2019 |
| Cust Ref #: | 4349183634-039-7-### |
| Primary Account #: | 434-9183634 |

### Chapter 11 Checking



BRIAN JOSEPH FORTE
DIP CASE 18-00078 MFLT

Account # 434-9183634

### ACCOUNT SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | 5,330.12 | | Average Collected Balance | 3,484.64 |
| Deposits | 745.00 | | Interest Earned This Period | 0.00 |
| Electronic Deposits | 22,070.01 | | Interest Paid Year-to-Date | 0.00 |
| | | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 4,650.00 | | Days in Period | 31 |
| Electronic Payments | 16,966.42 | | | |
| Other Withdrawals | 1,400.00 | | | |
| Ending Balance | 5,128.71 | | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/29 | MOBILE DEPOSIT | 745.00 |

Yahoo Mail - Fwd: Nov statement 1-4 of 9

| | | Subtotal: | 745.00 |
|---|---|---|---|

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/16 | CCD DEPOSIT, EVENTBRITE, INC. EDI PYMNTS *-***69403 | | 2,188.63 |
| 10/16 | CCD DEPOSIT, EVENTBRITE, INC. EDI PYMNTS *-***74749 | | 1,392.65 |
| 10/16 | CCD DEPOSIT, EVENTBRITE, INC. EDI PYMNTS *-***77657 | | 1,227.56 |
| 10/18 | CCD DEPOSIT, GROUPON, INC. N300047243 C****47243P9 | | 22.80 |
| 10/22 | CCD DEPOSIT, EVENTBRITE, INC. EDI PYMNTS *-***74693 | | 1,326.82 |
| 10/23 | CCD DEPOSIT, EVENTBRITE, INC. EDI PYMNTS *-***17519 | | 2,452.43 |
| 10/23 | CCD DEPOSIT, EVENTBRITE, INC. EDI PYMNTS *-***16927 | | 2,360.83 |
| 10/30 | CCD DEPOSIT, EVENTBRITE, INC. EDI PYMNTS *-***61795 | | 1,470.68 |
| 10/31 | CCD DEPOSIT, EVENTBRITE, INC. EDI PYMNTS *-***68147 | | 1,851.74 |
| 11/06 | CCD DEPOSIT, EVENTBRITE, INC. EDI PYMNTS *-***26857 | | 2,582.53 |
| 11/07 | ACH DEPOSIT, DENNIS REALTY & WEB PMTS 30NPH1 | | 5,193.34 |
| | | Subtotal: | 22,070.01 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

---

## How to Balance your Account

| | Page: | 2 of 9 |
|---|---|---|

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

**Ending Balance**    5,128.71

**Total Deposits**  +

---

.ıll AT&T 🛜    9:59 AM    ◀ 19% 🔋⚡

‹     **Statements**     

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

---

## How to Balance your Account

| | Page: | 2 of 9 |
|---|---|---|

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

**Ending Balance**    5,128.71

**Total Deposits**  +

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | DEBIT CARD PURCHASE, *****30054710009, AUT 101419 VISA DDA PUR PRIME TIME SPORTS GRILL    TAMPA       * FL | 10.00 |
| 10/15 | DEBIT CARD PURCHASE, *****30054710009, AUT 101219 VISA DDA PUR CHIPOTLE 1494        TAMPA       * FL | 9.06 |
| 10/15 | DEBIT POS, *****30054710009, AUT 101419 DDA PURCHASE 7 ELEVEN         TAMPA       * FL | 7.70 |
| 10/15 | DEBIT POS, *****30054710009, AUT 101219 DDA PURCHASE SHELL SERVICE S       TAMPA       * FL | 2.41 |
| 10/16 | DEBIT CARD PURCHASE, *****30054710009, AUT 101619 VISA DDA PUR VENMO              VISA DIRECT  * NY | 700.00 |
| 10/16 | DEBIT CARD PURCHASE, *****30054710009, AUT 101619 VISA DDA PUR VENMO              VISA DIRECT  * NY | 500.00 |
| 10/16 | DEBIT POS, *****30054710009, AUT 101619 DDA PURCHASE NORDSTROM 765 2233 N WE   TAMPA       * FL | 362.39 |
| 10/16 | DEBIT CARD PURCHASE, *****30054710009, AUT 101419 VISA DDA PUR JETS PIZZA  FL 035  TA   813 397 0000 * FL | 28.12 |
| 10/17 | TD ATM DEBIT, *****30054710009, AUT 101719 DDA WITHDRAW 10821 NORTH DALE MABRY H    TAMPA       * FL | 700.00 |
| 10/17 | DEBIT POS, *****30054710009, AUT 101719 DDA PURCH W/CB WAL MART 1501       TAMPA       * FL | 120.03 |
| 10/17 | DEBIT POS, *****30054710009, AUT 101719 DDA PURCHASE 7 ELEVEN         TAMPA       * FL | 32.19 |
| 10/17 | DEBIT CARD PURCHASE, *****30054710009, AUT 101619 VISA DDA PUR UBER  TRIP          HELP UBER COM * CA | 19.90 |
| 10/17 | DEBIT CARD PURCHASE, *****30054710009, AUT 101619 VISA DDA PUR UBER  TRIP          HELP UBER COM * CA | 19.07 |
| 10/17 | DEBIT POS, *****30054710009, AUT 101719 DDA PURCHASE 7 ELEVEN         TAMPA       * FL | 18.59 |
| 10/17 | DEBIT CARD PURCHASE, *****30054710009, AUT 101619 VISA DDA PUR CHIPOTLE 2170       TAMPA       * FL | 9.28 |
| 10/18 | DEBIT POS, *****30054710009, AUT 101819 DDA PURCHASE 7 ELEVEN         TAMPA       * FL | 21.30 |
| 10/18 | DEBIT CARD PURCHASE, *****30054710009, AUT 101719 VISA DDA PUR UBER  TRIP          HELP UBER COM * CA | 18.61 |
| 10/18 | DEBIT CARD PURCHASE, *****30054710009, AUT 101719 VISA DDA PUR SQ AREPAS GOURMET LLC D  TAMPA       * FL | 17.95 |
| 10/18 | DEBIT POS, *****30054710009, AUT 101819 DDA PURCHASE 7 ELEVEN         TAMPA       * FL | 3.67 |
| 10/21 | DEBIT CARD PURCHASE, *****30054710009, AUT 101919 VISA DDA PUR TST KOBE JAPANESE STEAK   TAMPA       * FL | 100.26 |
| 10/21 | DEBIT POS, *****30054710009, AUT 102019 DDA PURCH W/CB PUBLIX            TAMPA       * FL | 81.45 |
| 10/21 | DEBIT POS, *****30054710009, AUT 102119 DDA PURCHASE PUBLIX            TAMPA       * FL | 70.60 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

 Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lander

**TD Bank**

America's Most Convenient Bank®          **STATEMENT OF ACCOUNT**

BRIAN JOSEPH FORTE

Brian



AT&T 📶                    9:59 AM                    18%

**Statements**

| | | |
|---|---|---|
| 10/21 | DEBIT POS, 30054710009, AUT 102119 DDA PURCH W/CB<br>PUBLIX          TAMPA     *FL | 81.45 |
| 10/21 | DEBIT POS, *****30054710009, AUT 102119 DDA PURCHASE<br>PUBLIX          TAMPA     *FL | 70.60 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠



## Bank

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

BRIAN JOSEPH FORTE
DIP CASE 18-00078 MFLT

| | |
|---|---|
| Page: | 5 of 9 |
| Statement Period: | Oct 11 2019-Nov 10 2019 |
| Cust Ref #: | 4349183634-039-7-### |
| Primary Account #: | 434-9183634 |

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/21 | DEBIT POS, *****30054710009, AUT 102019 DDA PURCHASE<br>7 ELEVEN          TAMPA     *FL | 61.18 |
| 10/21 | DEBIT POS, *****30054710009, AUT 101819 DDA PURCHASE<br>BATH AND BODY WORKS 4063    TAMPA     *FL | 53.17 |
| 10/21 | DEBIT POS, *****30054710009, AUT 101919 DDA PURCHASE<br>7 ELEVEN          TAMPA     *FL | 33.41 |
| 10/21 | DEBIT CARD PURCHASE, *****30054710009, AUT 101919 VISA DDA PUR<br>UBER   TRIP          HELP UBER COM * CA | 20.10 |
| 10/21 | DEBIT CARD PURCHASE, *****30054710009, AUT 101719 VISA DDA PUR<br>TACO BUS DOWNTOWN          TAMPA     *FL | 16.49 |
| 10/21 | DEBIT POS, *****30054710009, AUT 102119 DDA PURCHASE<br>SHELL SERVICE S          TAMPA     *FL | 14.78 |
| 10/21 | DEBIT CARD PURCHASE, *****30054710009, AUT 101919 VISA DDA PUR<br>UBER   TRIP          HELP UBER COM * CA | 13.24 |
| 10/21 | DEBIT CARD PURCHASE, *****30054710009, AUT 101919 VISA DDA PUR | 11.00 |

| 10/21 | DEBIT CARD PURCHASE, *****30054710009, AUT 101819 VISA DDA PUR<br>CHIPOTLE 1494        TAMPA        * FL | 11.29 |
| 10/21 | DEBIT CARD PURCHASE, *****30054710009, AUT 101819 VISA DDA PUR<br>BOSTON MARKET 0274        TAMPA        * FL | 9.26 |
| 10/21 | DEBIT POS, *****30054710009, AUT 102019 DDA PURCHASE<br>MARATHON PETRO20        TAMPA        * FL | 7.58 |
| 10/21 | DEBIT CARD PURCHASE, *****30054710009, AUT 101819 VISA DDA PUR<br>AUNTIE ANNE S FL 176 1        TAMPA        * FL | 6.92 |
| 10/21 | DEBIT POS, *****30054710009, AUT 102019 DDA PURCHASE<br>7 ELEVEN        TAMPA        * FL | 4.99 |
| 10/22 | TD ATM DEBIT, *****30054710009, AUT 102219 DDA WITHDRAW<br>15151 N DALE MABRY HWY        TAMPA        * FL | 500.00 |
| 10/22 | DEBIT CARD PURCHASE, *****30054710009, AUT 102119 VISA DDA PUR<br>CCST        TAMPA        * FL | 110.00 |
| 10/22 | DEBIT CARD PURCHASE, *****30054710009, AUT 102119 VISA DDA PUR<br>UBER EATS        HELP UBER COM * CA | 24.00 |
| 10/23 | TD ATM DEBIT, *****30054710009, AUT 102319 DDA WITHDRAW<br>10821 NORTH DALE MABRY H        TAMPA        * FL | 400.00 |
| 10/23 | DEBIT CARD PURCHASE, *****30054710009, AUT 102219 VISA DDA PUR<br>CCST        TAMPA        * FL | 110.00 |
| 10/23 | DEBIT POS, *****30054710009, AUT 102319 DDA PURCHASE<br>SHOOTING SPORTS        TAMPA        * FL | 63.42 |
| 10/23 | DEBIT POS, *****30054710009, AUT 102319 DDA PURCHASE<br>SHELL SERVICE S        TAMPA        * FL | 38.54 |
| 10/23 | DEBIT CARD PURCHASE, *****30054710009, AUT 102119 VISA DDA PUR<br>ANTHONYS COAL FIRED PIZZ        TAMPA        * FL | 30.26 |
| 10/23 | DEBIT POS, *****30054710009, AUT 102319 DDA PURCHASE<br>7 ELEVEN        TAMPA        * FL | 29.45 |
| 10/23 | DEBIT POS, *****30054710009, AUT 102319 DDA PURCHASE<br>SHOOTING SPORTS        TAMPA        * FL | 17.35 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

BRIAN JOSEPH FORTE                          Page:                    6 of 9



| 10/23 | DEBIT POS, *****30054710009, AUT 102319 DDA PURCHASE<br>SHOOTING SPORTS        TAMPA        * FL | 17.35 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

BRIAN JOSEPH FORTE                                                   6 of 9

Yahoo Mail - Fwd: Nov statement 5-7 of 9

## Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/24 | DEBIT CARD PURCHASE, *****30054710009, AUT 102419 VISA DDA PUR<br>VENMO            VISA DIRECT  * NY | 800.00 |
| 10/24 | DEBIT CARD PURCHASE, *****30054710009, AUT 102419 VISA DDA PUR<br>VENMO            VISA DIRECT  * NY | 600.00 |
| 10/24 | DEBIT CARD PURCHASE, *****30054710009, AUT 102419 VISA DDA PUR<br>VENMO            VISA DIRECT  * NY | 400.00 |
| 10/24 | DEBIT CARD PAYMENT, *****30054710009, AUT 102419 VISA DDA PUR<br>PROGRESSIVE INS       800 776 4737  * OH | 286.83 |
| 10/24 | DEBIT POS, *****30054710009, AUT 102419 DDA PURCHASE<br>THOMAS L ROCKWELL DDS PA  TAMPA       * FL | 219.00 |
| 10/24 | DEBIT POS, *****30054710009, AUT 102419 DDA PURCH W/CB<br>WAL MART 1501       TAMPA       * FL | 122.64 |
| 10/24 | DEBIT POS, *****30054710009, AUT 102419 DDA PURCHASE<br>ROSS STORES 225       TAMPA       * FL | 53.13 |
| 10/24 | DEBIT CARD PURCHASE, *****30054710009, AUT 102319 VISA DDA PUR<br>CHILI S DALE MABRY      TAMPA       * FL | 26.68 |
| 10/25 | DEBIT CARD PURCHASE, *****30054710009, AUT 102419 VISA DDA PUR<br>PAY ODESSA STORAGE      813 508 3600  * FL | 23.48 |
| 10/25 | DEBIT POS, *****30054710009, AUT 102519 DDA PURCH W/CB<br>7 ELEVEN          LAND O LAKES  * FL | 17.52 |
| 10/25 | DEBIT CARD PURCHASE, *****30054710009, AUT 102419 VISA DDA PUR<br>POPEYES 95          TAMPA       * FL | 15.04 |
| 10/25 | DEBIT CARD PURCHASE, *****30054710009, AUT 102419 VISA DDA PUR<br>BOSTON MARKET 0274      TAMPA       * FL | 11.47 |
| 10/28 | TD ATM DEBIT, *****30054710009, AUT 102819 DDA WITHDRAW<br>5371 EHRLICH ROAD      TAMPA       * FL | 600.00 |
| 10/28 | TD ATM DEBIT, *****30054710009, AUT 102619 DDA WITHDRAW<br>10821 NORTH DALE MABRY H  TAMPA       * FL | 400.00 |
| 10/28 | DEBIT CARD PURCHASE, *****30054710009, AUT 102419 VISA DDA PUR<br>STORAGE HAVEN  ODESSA    480 397 4100  * FL | 288.36 |
| 10/28 | DEBIT CARD PAYMENT, *****30054710009, AUT 102419 VISA DDA PUR<br>U HAUL MOVING  STORAGE    800 528 0463  * FL | 167.66 |
| 10/28 | DEBIT CARD PURCHASE, *****30054710009, AUT 102719 VISA DDA PUR<br>GOOGLE  CLOUD 00454C BA2   650 253 0000  * CA | 159.99 |
| 10/28 | DEBIT POS, *****30054710009, AUT 102719 DDA PURCH W/CB<br>WAL MART STORE       TAMPA NORTH * FL | 61.40 |
| 10/28 | DEBIT CARD PURCHASE, *****30054710009, AUT 102719 VISA DDA PUR<br>NEXTIVA VOIP SERVICE     800 9834289  * AZ | 38.66 |
| 10/28 | DEBIT CARD PURCHASE, *****30054710009, AUT 102619 VISA DDA PUR<br>CHILI S CITRUS PARK      TAMPA       * FL | 33.43 |
| 10/28 | DEBIT CARD PAYMENT, *****30054710009, AUT 102619 VISA DDA PUR<br>MSFT  E02009CE0C       800 642 7676  * WA | 32.00 |
| 10/28 | DEBIT CARD PURCHASE, *****30054710009, AUT 102519 VISA DDA PUR<br>CHILI S LAND O LAKES    LAND O LAKES  * FL | 30.85 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

BRIAN JOSEPH FORTE
DIP CASE 18-00078 MFLT

Yahoo Mail - Fwd: Nov statement 5-7 of 9



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

BRIAN JOSEPH FORTE
DIP CASE 18-00078 MFLT

| | |
|---|---|
| Page: | **7 of 9** |
| Statement Period: | Oct 11 2019-Nov 10 2019 |
| Cust Ref #: | 4349183634-039-7-### |
| Primary Account #: | 434-9183634 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/28 | DEBIT CARD PURCHASE, *****30054710009, AUT 102519 VISA DDA PUR<br>UBER   EATS          HELP UBER COM * CA | 27.46 |
| 10/28 | DEBIT CARD PURCHASE, *****30054710009, AUT 102519 VISA DDA PUR<br>PANERA BREAD 600921 P    NEW PORT RICH * FL | 23.28 |
| 10/28 | DEBIT POS, *****30054710009, AUT 102819 DDA PURCHASE<br>SHELL SERVICE S      NEW PORT RICH * FL | 20.27 |
| 10/28 | DEBIT CARD PURCHASE, *****30054710009, AUT 102619 VISA DDA PUR<br>UBER   TRIP          HELP UBER COM * CA | 8.76 |
| 10/28 | DEBIT CARD PURCHASE, *****30054710009, AUT 102519 VISA DDA PUR<br>UBER   TRIP          HELP UBER COM * CA | 8.20 |
| 10/28 | DEBIT CARD PURCHASE, *****30054710009, AUT 102519 VISA DDA PUR<br>PANERA BREAD 600921 P    NEW PORT RICH * FL | 5.77 |
| 10/28 | DEBIT POS, *****30054710009, AUT 102719 DDA PURCHASE<br>7 ELEVEN          TAMPA       * FL | 5.41 |
| 10/29 | DEBIT CARD PURCHASE, *****30054710009, AUT 102819 VISA DDA PUR<br>CHILI S SUNCOAST CRSSNGS   ODESSA       * FL | 39.34 |
| 10/29 | DEBIT POS, *****30054710009, AUT 102819 DDA PURCHASE<br>WAL MART WAL MART STO    TAMPA NORTH * FL | 23.46 |
| 10/30 | DEBIT CARD PURCHASE, *****30054710009, AUT 103019 VISA DDA PUR<br>VENMO            VISA DIRECT * NY | 750.00 |
| 10/30 | DEBIT CARD PURCHASE, *****30054710009, AUT 103019 VISA DDA PUR<br>VENMO            VISA DIRECT * NY | 200.00 |
| 10/30 | DEBIT POS, *****30054710009, AUT 103019 DDA PURCHASE<br>7 ELEVEN          TAMPA       * FL | 40.62 |
| 10/30 | DEBIT CARD PURCHASE, *****30054710009, AUT 102919 VISA DDA PUR<br>ZG  ZILLOWRENTALS       206 516 2265 * WA | 29.00 |
| 10/30 | DEBIT POS, *****30054710009, AUT 103019 DDA PURCHASE<br>7 ELEVEN          TAMPA       * FL | 17.73 |
| 10/31 | DEBIT POS, *****30054710009, AUT 103119 DDA PURCHASE<br>CIRCLE K  07062 4804    TAMPA       * FL | 13.00 |
| 11/01 | DEBIT CARD PURCHASE, *****30054710009, AUT 110119 VISA DDA PUR<br>VENMO            VISA DIRECT * NY | 400.00 |
| 11/01 | DEBIT CARD PURCHASE, *****30054710009, AUT 110119 VISA DDA PUR<br>VENMO            VISA DIRECT * NY | 300.00 |
| 11/01 | DEBIT CARD PURCHASE, *****30054710009, AUT 103019 VISA DDA PUR<br>EL CERRITO       NEW PORT RICH * FL | 17.00 |
| 11/01 | DEBIT CARD PURCHASE, *****30054710009, AUT 110119 VISA DDA PUR<br>CIRCLE K 09793       TAMPA       * FL | 8.00 |
| 11/01 | DEBIT POS, *****30054710009, AUT 103119 DDA PURCHASE<br>RACETRAC 2416        NEW PORT RICH * FL | 6.29 |
| 11/04 | DEBIT POS, *****30054710009, AUT 110419 DDA PURCHASE<br>WM SUPERC WAL MART SUP    NEW PORT RICH * FL | 147.15 |
| 11/04 | DEBIT CARD PURCHASE, *****30054710009, AUT 110119 VISA DDA PUR<br>PAY ODESSA STORAGE     813 508 3600 * FL | 90.95 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender