ORDERED.

Dated:  June 23, 2020

Michael G. Williamson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:
BRIAN J. FORTE,    Case No. 8:18-bk-00078-MGW
　　　　　　Debtor.    Chapter 11
_____/

**ORDER DISMISSING CASE**

This case came before the Court on January 15, 2020 at a10 a.m. on the United States Trustee's *Motion to Convert Case to Chapter 7 or Dismiss Case, inter alia*. (Doc. No. 129). The Court found that dismissal is in the best interest of creditors after the filing of applications for compensation and reimbursement of expenses by Debtor's counsel and former counsel. For the reasons stated in open Court that shall constitute the decision of the Court, it is **ORDERED**:

1.　　The motion to dismiss is granted.

2.　　The case styled *Brian J. Forte*, case number 8:18-bk-00078-MGW is dismissed and the automatic stay is terminated.

3.　　 Debtor shall pay all outstanding quarterly fees due the United States Trustee pursuant to 28 U.S.C. §1930(a)(6) within fourteen (14) days from the entry of this order.

4. The Court shall retain jurisdiction to address any remaining obligation to pay quarterly fees to the United States Trustee or to consider any fee application filed on behalf of professionals employed by the Debtor.

*The Clerk of Court is direct to serve a copy of this an order on:* **All creditors on the Matrix**